**UNITED STATES DISTICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **LORI BUREAU et al.,**<br><br>**Plaintiffs,**<br><br>vs.<br><br>**BASF CORPORATION et al.,**<br><br>**Defendants.** | **CIVIL ACTION NO. 3:21-cv-00324**<br><br>**DISTRICT JUDGE:**<br>  **JOHN W. DEGRAVELLES**<br><br>**MAGISTRATE:**<br>  **RICHARD L. BOURGEOIS, JR.** |

**SHELL CHEMICAL LP, RHOMAN HARDY, ROXANE KRAFT,**
**GLENN BUCHOLTZ, JAMES L. KIMES, AND T. ALLEN KIRKLEY'S**
***EX PARTE* MOTION FOR EXTENSION OF TIME**

NOW INTO COURT, through undersigned counsel, comes, Defendants, Shell Chemical LP, Rhoman Hardy, Roxane Kraft, Glenn Bucholtz, James L. Kimes, and T. Allen Kirkley (collectively hereinafter, "Defendants"), who respectfully move this Honorable Court for an Order granting Defendants an extension of time, until June 30, 2021, within which to file responsive pleadings to Plaintiffs' Petition for Damages and Request for Trial by Jury.

Pursuant to this Court's Local Rule 7(a), and given Defendants' certification that there has been no previous extension of time to plead and that the opposing party has not filed in the record an objection to an extension of time, Defendants respectfully request that their deadline for filing responsive pleadings be extended for a period of twenty-one days from the time the pleading would otherwise be due.

This matter was removed to this Court on June 2, 2021.[1]  Pursuant to Rule 81(c)(2) of the Federal Rules of Civil Procedure, Defendants' responsive pleadings would ordinarily be due seven days after removal, on June 9, 2021.  A twenty-one day extension from June 9, 2021 would result in a new responsive pleading deadline of June 30, 2021.

WHEREFORE, Defendants, Shell Chemical LP, Rhoman Hardy, Roxane Kraft, Glenn Bucholtz, James L. Kimes, and T. Allen Kirkley respectfully pray that this Motion for Extension of Time be granted and that Defendants, Shell Chemical LP, Rhoman Hardy, Roxane Kraft, Glenn Bucholtz, James L. Kimes, and T. Allen Kirkley, be provided an extension of time, until June 30, 2021, to file responsive pleadings to Plaintiffs' Petition for Damages and Request for Trial by Jury, with all pre-appearance rights and defenses preserved.

Respectfully submitted,

**KUCHLER POLK WEINER, LLC**

*/s/ Mark E. Best*
MONIQUE M. WEINER (#23233)
JANIKA D. POLK (#27608)
MARK E. BEST (#29090)
DAWN TEZINO (#39507)
ALEASE T. SCOTT (#37533)
MICHAEL S. HARRISON (#38256)
1615 Poydras Street, Suite 1300
New Orleans, Louisiana 70112
Telephone: (504) 592-0691
Facsimile: (504) 592-0696
mweiner@kuchlerpolk.com
jpolk@kuchlerpolk.com
mbest@kuchlerpolk.com
dtezino@kuchlerpolk.com
ascott@kuchlerpolk.com
mharrison@kuchlerpolk.com
*Attorneys for Defendants,*
*Shell Chemical LP, Rhoman Hardy,*
*Roxane Kraft, Glenn Bucholtz,*
*James L. Kimes, and T. Allen Kirkley*

---

[1] R. Doc. 1.