UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **LORI BUREAU, ET AL.** | |
| | **CIVIL ACTION** |
| **VERSUS** | |
| | **NO. 21-324-JWD-RLB** |
| **BASF CORPORATION, ET AL.** | |

**OPINION**

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated January 3, 2022 (Doc. 50), to which objections and responses and Notice of Supplemental Authority were filed and considered, (Dos. 51, 52-1, 54, 55, 56 and 57);

**IT IS ORDERED** that Plaintiff's Motion for Remand (Doc. 31) is **DENIED.**

**IT IS FURTHER ORDERED** that Plaintiffs' claims against the non-diverse Individual Defendants: Mark Dearman, C. Eric Phillips, Rhoman Hardy, Glenn Bucholtz, James L. Kimes, T. Allen Kirkley, Jerold Lebold, and Thomas Yura are DISMISSED WITHOUT PREJUDICE.

Signed in Baton Rouge, Louisiana, on <u>March 14, 2022</u>.

_____
**JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**