**UNITED STATES DISTICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **LORI BUREAU et al.,** | **CIVIL ACTION NO. 3:21-cv-00324** |
| **Plaintiffs.** | **DISTRICT JUDGE:** |
| | **JOHN W. DEGRAVELLES** |
| **vs.** | |
| | **MAGISTRATE:** |
| **BASF CORPORATION et al.,** | **RICHARD L. BOURGEOIS, JR.** |
| **Defendants.** | |

### *EX PARTE* MOTION TO WITHDRAW COUNSEL OF RECORD

**NOW INTO COURT**, though undersigned counsel comes Defendant, Shell Chemical LP ("Defendant"), who respectfully requests that this Court allow, Alease T. Scott formerly of Kuchler Polk Weiner, LLC, to withdraw as counsel for Defendant.  Defendant requests that Alease T. Scott be removed from receiving notification of filings in this matter through the CM/ECF system.  Undersigned counsel represents that Alease T. Scott (Bar No. 37533) consents to being withdrawn as counsel of record for Defendant.  Monique M. Weiner (Bar No. 23233), Janika D. Polk (Bar No. 27608), Mark E. Best (Bar No. 29090), and Michael S. Harrison (Bar No. 38256) will remain as counsel for Shell Chemical LP in this matter.

[SIGNATURE BLOCK ON FOLLOWING PAGE]

Dated:  April 12, 2022

Respectfully submitted,

**KUCHLER POLK WEINER, LLC**


*/s/ Mark E. Best*
MONIQUE M. WEINER (#23233)
JANIKA D. POLK (#27608)
MARK E. BEST (#29090)
MICHAEL S. HARRISON (#38256)
1615 Poydras Street, Suite 1300
New Orleans, Louisiana 70112
Telephone: (504) 592-0691
Facsimile: (504) 592-0696
mweiner@kuchlerpolk.com
jpolk@kuchlerpolk.com
mbest@kuchlerpolk.com
mharrison@kuchlerpolk.com
***Attorneys for Defendant,***
***Shell Chemical LP***


~ and ~


*/s/ Alease T. Scott*
ALEASE T. SCOTT (#37533)
1615 Poydras Street, Suite 1300
New Orleans, Louisiana 70112
Telephone: (504) 592-0691
Facsimile: (504) 592-0696
ascott@kuchlerpolk.com

2